# Court of Appeals
# of the State of Georgia

ATLANTA,____August 17, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A2262.  WAYNE TYLER v. CACH LLC.

Wayne Tyler appeals the state court's order granting the plaintiff's motion for summary judgment and awarding the plaintiff $5,685.53 plus post-judgment interest in this contract dispute.  We lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." (Punctuation omitted.)  *Ca-Shar, Inc. v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992); see also OCGA § 5-6-35 (a) (6).  As the total judgment in favor of the plaintiff is for less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case.  See *Ca-Shar, Inc.*, supra at 865-866.  Because Tyler failed to follow the required procedure, we lack jurisdiction to consider his appeal, which is hereby DISMISSED.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/17/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*